**Electronically Filed**
**Supreme Court**
**SCWC-13-0001285**
**21-JUL-2016**
**09:42 AM**

SCWC-13-0001285

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JOSHUA R.D. WILLIAMS,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001285; CR. NO. 12-1-0425)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack and Wilson, JJ.)

Petitioner/Defendant-Appellant Joshua R.D. Williams'

application for writ of certiorari filed on June 7, 2016, is

hereby accepted and will be scheduled for oral argument.  The

parties will be notified by the appellate clerk regarding

scheduling.

DATED:  Honolulu, Hawaiʻi, July 21, 2016.

Taryn R. Tomasa
for petitioner                    /s/ Mark E. Recktenwald

                                  /s/ Paula A. Nakayama
James M. Anderson
for respondent                    /s/ Sabrina S. McKenna

                                  /s/ Richard W. Pollack

                                  /s/ Michael D. Wilson

